UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TASHANA WRIGHT-EVELYN,

                Plaintiff,

      -against-

LORD & TAYLOR, LLC, HUDSON'S BAY
COMPANY, and ARNOLD MILLIKEN, individually,

                Defendants.
-----------------------------------------------------------------X

Civil Action No: 14-cv-8010

**STIPULATION OF DISCONTINUANCE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, attorneys for the respective parties hereto, that the above-entitled actions against said parties, be and the same is hereby discontinued with prejudice and without costs or attorneys' fees to either party, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii).

**GREENBERG TRAURIG, LLP**

*Raquel S. Lord*
Kristine J. Feher, Esq.
Raquel Lord, Esq.
200 Park Avenue
Florham Park, NJ 10022
(973) 443-3224
*Attorneys for Defendants*

**ARCÉ LAW GROUP, P.C.**

[signature]
Christopher L. Van De Water, Esq.
Bryan S. Arce, Esq.
30 Broad Street, 35th Floor
New York, NY 10004
(212) 248-0120
*Attorneys for Plaintiff*